CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

5/28/2019

JULIA C. DUDLEY, CLERK
BY: s/ J. Vasquez
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Court No. 5:19-cv-00042 |
| ) | |
| EIGHT FIREARMS ) | |

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Now comes the plaintiff, United States of America, by and through its attorney, Krista Consiglio Frith, Assistant United States Attorney, and brings this Complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1. This is a civil action *in rem* brought to forfeit and condemn certain personal property assets to the use and benefit of the United States, pursuant to 18 U.S.C. § 924(d), for violations of 18 U.S.C. §§ 922(g)(1) and (3).

### THE DEFENDANTS *IN REM*

2. The defendant property consists of the following property:

| | CATS # | Item Description |
|---|---|---|
| (1) | 19-ATF-005897 | HS Products (IM METAL) XDS Pistol CAL:45 SN:S4134758 |
| (2) | 19-ATF-006181 | Remington Arms Company, INC. 770 Rifle CAL:243 SN:71551122 |
| (3) | 19-ATF-006197 | Remington Arms Company, INC. 870 Shotgun CAL:12 SN:RS63829C |
| (4) | 19-ATF-006198 | Remington Arms Company, INC. 700 Rifle CAL:6 SN:G6753803 |
| (5) | 19-ATF-006202 | Mossberg 320 Rifle CAL:22 SN:587921 |
| (6) | 19-ATF-006212 | Savage 340 Rifle CAL:30-30 SN: None |
| (7) | 19-ATF-006219 | Hipoint 995 Rifle CAL:9 SN:F16090 |
| (8) | 19-ATF-006221 | Savage 947E Shotgun CAL:12 SN:P154644 |

1

The defendant property was seized from Merle Brook Stephens on December 7, 2018, at the following location: 2189 Alum Springs Road, Basye, Virginia, and is presently in the custody of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") at the Winchester Satellite Office.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345 and over an action for forfeiture under 28 U.S.C. § 1355(a).

4. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. § 1355(b).

5. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1) because the acts giving rise to this forfeiture occurred in this district and pursuant to 28 U.S.C. § 1395 and because the property is located in this district.

6. Upon the filing of this Complaint, the plaintiff requests that the Clerk of Court issue a Warrant of Arrest *in rem* pursuant to Supplemental Rule G(3)(b)(i), which the plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

## BASIS FOR FORFEITURE

7. The defendant property is subject to forfeiture pursuant to 18 U.S.C. § 924(d) as property that is involved or used in the commission of a violation of 18 U.S.C. § 922(g).

## FACTS

8. The facts supporting this Complaint are stated in the attached Declaration of Special Agent Christian Bockmann, ATF, and are incorporated by reference herein.

WHEREFORE, the United States of America respectfully requests that the Clerk

2

Case 5:19-cv-00042-EKD   Document 1   Filed 05/28/19   Page 2 of 4   Pageid#: 2

of Court issue a Warrant of Arrest *in rem* pursuant to Supplemental Rule G(3)(b); that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

THOMAS T. CULLEN
United States Attorney

s/Krista Consiglio Frith
Assistant United States Attorney
VSB89088
United States Attorney's Office
P.O. Box 1709
Roanoke, VA 24008
TEL (540) 857-2250
FAX (540) 857-2614
Krista.frith@usdoj.gov

## VERIFICATION

I am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives, and one of the agents assigned the responsibility for the above-captioned matter. I have read the contents of the foregoing Complaint for Forfeiture, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of May, 2019.

Christian Bockmann
Special Agent, ATF

# AFFIDAVIT IN SUPPORT OF FORFEITURE *IN REM*

I, Christian P. Bockmann, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being duly sworn, state as follows:

## BACKGROUND AND EXPERIENCE

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed since 2009. I am currently assigned to the ATF Martinsburg Field Office, Washington Field Division. Prior to becoming an ATF agent, I was a United Stated Capitol Police Officer in Washington, DC for approximately seven years. In my capacity as a law enforcement officer, I have investigated individuals for the illegal possession and use of firearms, illegal possession and distribution of controlled substances, and for committing violent crimes. Many of these investigations led to the arrest and conviction of individuals for violations of both state and federal firearms and drug trafficking laws.

2. This affidavit is based on my personal knowledge, information conveyed to me by other law enforcement officers, and my review of evidence, documents, and records obtained during the course of the investigation. This affidavit only contains the information necessary to establish probable cause. As such, this affidavit does not include each and every fact known by me or known by the government.

3. As set forth in detail below, the Subject Property is forfeitable under 18 U.S.C. § 924(d) because they were in possession of Merle Stephens, in violation of 18 U.S.C. § 922(g)(3) and 18 U.S.C. § 922(g)(1).

## THE INVESTIGATION

4. On December 7, 2018, ATF and local law enforcement executed multiple federal arrest and search warrants in Shenandoah County, Virginia in relation to a large federal drug

conspiracy investigation. After the arrest of one of the co-conspirators shortly after the execution of the search warrant, he/she gave information about Merle STEPHENS who was wanted on a state arrest warrant, and who was selling large quantities of methamphetamine. The co-conspirator stated that STEPHENS had a large number of firearms in a white van that he/she saw one week prior, and that he/she was present when STEPHENS traded methamphetamine in exchange for several of the firearms that were in the white van. The co-conspirator continued that STEPHENS was collecting large quantity of firearms as an investment so if STEPHENS was arrested or needed money he could sell the firearms. The Co-conspirator stated that he/she saw the van one week prior at 2189 Alum Springs Road, Basye, Virginia, which is where STEPHENS was residing. The Co-conspirator stated that he/she knows that STEPHENS was residing at the residence because he/she stayed overnight at his residence with him on several occasions, he/she used to come over to that residence to hang out with STEPHENS, as well as purchase methamphetamine from STEPHENS there, and STEPHENS also had his clothes and tools there.

5. STEPHENS was arrested later that same day on a state arrest warrant. During STEPHENS' search incident to arrest, law enforcement found a quantity of methamphetamine and other illegal narcotics, a large quantity of US currency, and a handgun. Law enforcement later located a white Chrysler minivan at 2189 Alum Springs Road, Basye, Virginia, which is where the Co-conspirator stated STEPHENS was living at the time. A large number of firearms could be clearly seen inside the van, through the side window. Law Enforcement located the owner of the van, Ms. Jenifer Sloat, who gave verbal and written consent for law enforcement to search the van. Upon searching the van, law enforcement located the defendant property: REMINGTON ARMS COMPANY, INC., TYPE: RIFLE, MODEL: 770, CAL: 243, SN:

71551122, REMINGTON ARMS COMPANY, INC., TYPE: RIFLE, MODEL: 770, CAL: 243, SN: 71551122, SAVAGE, TYPE: SHOTGUN, MODEL: 948, CAL: 12, SN: NONE MOSSBERG, TYPE: RIFLE, MODEL: 320, CAL: 22, SN: 587921, REMINGTON ARMS COMPANY, INC., TYPE: SHOTGUN, MODEL: 870, CAL: 12, SN: RS63829C REMINGTON ARMS COMPANY, INC., TYPE: RIFLE, MODEL: 580, CAL: 22, SN: 1123570, UNKNOWN MANUFACTURER, TYPE: SHOTGUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE, UNKNOWN MANUFACTURER, TYPE: SHOTGUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE, MOSSBERG, TYPE: SHOTGUN, MODEL: 500, CAL: 12, SN: P559983, NEW ENGLAND FIREARMS, TYPE: SHOTGUN, MODEL: PARDNER, CAL: 410, SN: NN328597, SAVAGE, TYPE: RIFLE, MODEL: 87A, CAL: 22, SN: NONE, HARRINGTON AND RICHARDSON, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: L61378, SAVAGE, TYPE: RIFLE, MODEL: 340, CAL: 30-30, SN: NONE, MARLIN FIREARMS CO., TYPE: RIFLE, MODEL: 39D, CAL: 22, SN: NONE, SAVAGE, TYPE: SHOTGUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE, SAVAGE, TYPE: SHOTGUN, MODEL: STEVENS 79, CAL: 410, SN: D277315, HIPOINT, TYPE: RIFLE, MODEL: 995, CAL: 9, SN: F16090, UNKNOWN MANUFACTURER, TYPE: SHOTGUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE, UNKNOWN, MANUFACTURER, TYPE: SHOTGUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: 906419. Sloat stated that none of the firearms were hers, she left the vehicle at STEPHENS's residence to get fixed at the end of Summer 2018, the vehicle did not have firearms in it when she left the vehicle, and she has not been back to the vehicle since leaving at 2189 Alum Springs Road. STEPHENS, in a post arrest Mirandized interview, denied

that he had firearms in a van, but later admitted that some of his fingerprints might be on the firearms because of him shooting them, and that he also might have tools in the van as well.

6. Following the federal arrest of Katie HARLOW, and during the federal search warrant at Katie HARLOW's residence on December 7, 2018, Investigators saw HARLOW's Chrysler Town and County Minivan drive by the location of the search warrant of HARLOW's residence. Officers followed the vehicle and executed a lawful traffic stop. The driver of the vehicle was Christopher Allen MILLER, who was arrested for driving while suspended or revoked. During a search incident to arrest, Officers found a small bag containing suspected crystal methamphetamine. MILLER is currently charged in Shenandoah General District Court with Possession of a controlled substance, with his next court date on June 21, 2019.

7. During a federal proffer interview, Katie HARLOW admitted that she would supply methamphetamine to MILLER for his personal use, and knew that MILLER was selling methamphetamine. HARLOW stated that she used methamphetamine with both MILLER and STEPHENS on more than one occasion. HARLOW stated that MILLER was purchasing methamphetamine several times a week from either her, or Merle STEPHENS. HARLOW explained that MILLER used to hang around STEPHENS, and do whatever STEPHENS asked of him. During a legal search of HARLOW's cell phone, the affiant found conversations between HARLOW and MILLER that are consistent with narcotic transactions; i.e. MILLER purchasing different quantities of methamphetamine from HARLOW.

8. Firearm traces were conducted on: REMINGTON ARMS COMPANY, INC., TYPE: RIFLE, MODEL: 770, CAL: 243, SN: 71551122, REMINGTON ARMS COMPANY, INC., TYPE: RIFLE, MODEL: 770, CAL: 243, SN: 71551122, SAVAGE, TYPE: SHOTGUN, MODEL: 948, CAL: 12, SN: NONE MOSSBERG, TYPE: RIFLE, MODEL: 320, CAL: 22,

SN: 587921, REMINGTON ARMS COMPANY, INC., TYPE: SHOTGUN, MODEL: 870, CAL: 12, SN: RS63829C REMINGTON ARMS COMPANY, INC., TYPE: RIFLE, MODEL: 580, CAL: 22, SN: 1123570, UNKNOWN MANUFACTURER, TYPE: SHOTGUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE, UNKNOWN MANUFACTURER, TYPE: SHOTGUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE, MOSSBERG, TYPE: SHOTGUN, MODEL: 500, CAL: 12, SN: P559983, NEW ENGLAND FIREARMS, TYPE: SHOTGUN, MODEL: PARDNER, CAL: 410, SN: NN328597, SAVAGE, TYPE: RIFLE, MODEL: 87A, CAL: 22, SN: NONE, HARRINGTON AND RICHARDSON, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: L61378, SAVAGE, TYPE: RIFLE, MODEL: 340, CAL: 30-30, SN: NONE, MARLIN FIREARMS CO., TYPE: RIFLE, MODEL: 39D, CAL: 22, SN: NONE, SAVAGE, TYPE: SHOTGUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE, SAVAGE, TYPE: SHOTGUN, MODEL: STEVENS 79, CAL: 410, SN: D277315, HIPOINT, TYPE: RIFLE, MODEL: 995, CAL: 9, SN: F16090, UNKNOWN MANUFACTURER, TYPE: SHOTGUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE, UNKNOWN, MANUFACTURER, TYPE: SHOTGUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: 906419. Although MILLER claims he is the owner of all these firearms, the Remington 870 express shotgun was the only firearm to trace back to MILLER being the original purchaser 2582 days prior.

9. When STEPHENS was arrested, the HS PRODUCTS (IM METAL), TYPE: PISTOL, MODEL: XDS, CAL: 45, SN: S4134758 was taken from STEPHENS at the time of his arrest from a book bag that STEPHENS was carrying. In a Mirandized, post-arrest interview, STEPHENS admitted to purchasing the handgun two weeks prior to his arrest, on December 07, 2018, for six hundred dollars ($600) from a person named "Sparky". STEPHENS

went on to say the reason that he bought the firearm was to protect himself from being robbed. When ask if people were robbing STEPHENS for drugs or money STEPHENS replied "everything".

## CONCLUSION

10. Based upon your affiant's knowledge of the investigation, the circumstances surrounding the seizure, and proffers, your affiant believes that MILLER is not the owner of the firearms. The firearms were seized from the location that STEPHENS was residing at, not MILLER. The vehicle that the firearms were located in also contained STEPHENS's tools in it. STEPHENS admitted to shooting the firearms for target practice and that his fingerprints could possibly be on them. A reliable co-conspirator admits to being present when STEPHENS traded methamphetamine in exchange for firearms, and that STEPHENS admitted to the co-conspirator that he is collecting firearms as a financial investment. The affiant also believes that MILLER is an unlawful user of methamphetamine, and addicted to those controlled substances. Your affiant believes that he is prohibited from possessing firearms or ammunition. As such, your affiant submits that MILLER is not the owner of any of the firearms and has no rights to them. Based on the investigation, if MILLER is in possession of any firearms and/or ammunition, he would be in violation 18 U.S.C. § 922(g)(3) and the subject firearms and ammunition are subject to forfeiture pursuant to 18 U.S.C. § 924(d).

I declare under penalty of perjury that the foregoing is true and correct.
Executed on this 28 day of May 2019.

Christian Bockmann
Special Agent
Bureau of Alcohol, Tobacco, Firearms and
Explosives

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS<br>United States | DEFENDANTS<br>Eight Firearms |
|---|---|
| (b) County of Residence of First Listed Plaintiff _____<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant   Shenandoah County, VA<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |
| (c) Attorneys *(Firm Name, Address, and Telephone Number)*<br>Krista Consiglio Frith<br>310 1st St. SW,<br>Roanoke, VA 24011 | Attorneys *(If Known)* |

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☒ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☒ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 375 False Claims Act<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act<br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C 924(d)
Brief description of cause:
Forfeiture of Firearms

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.   **DEMAND $**   CHECK YES only if demanded in complaint:   **JURY DEMAND:** ☐ Yes  ☒ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):* JUDGE Dillon   DOCKET NUMBER 5:18CR00038

| DATE<br>05/28/2019 | SIGNATURE OF ATTORNEY OF RECORD<br>s/Krista Frith |
|---|---|

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT<br>No fee required | APPLYING IFP | JUDGE<br>Dillon | MAG. JUDGE |
|---|---|---|---|---|

Case 5:19-cv-00042-EKD   Document 1-2   Filed 05/28/19   Page 1 of 1   Pageid#: 12

5:19-cv-00042